**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULES BUCKLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>    Defendants. | No. C 10-03808 SBA (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 and an application for in forma pauperis status. The acts complained of occurred at High Desert State Prison, which is located in the Eastern District of California, and it appears that the Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

Plaintiff's application for in forma pauperis status is TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

DATED: 9/2/10

_SAUNDRA B ARMSTRONG_
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.10\Buckley3808.Trans.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JULES BUCKLEY,

        Plaintiff,

  v.

HIGH DESERT STATE PRISON et al,

        Defendant.

Case Number: CV10-03808 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jules Buckley F-04259
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: September 10, 2010

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.10\Buckley3808.Trans.wpd 2